# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| **BE Labs, Inc.,** <br><br> Plaintiff, <br><br> v. <br><br> **Versa Technology, Inc.,** <br><br> Defendant. | Case No. 5:19-cv-02038 <br><br> Patent Case <br><br> Jury Trial Demanded |

## PLAINTIFF BE LABS'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BE Labs, Inc. hereby dismisses this action **with prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: December 10, 2019      Respectfully submitted,

/s/ Patrick F. Bright
Patrick F. Bright
Wagner Anderson and Bright LLP
10524 West Pico Boulevard Suite 214
Los Angeles, CA
213-700-6637
310-559-9133
pbright@brightpatentlaw.com

Isaac Rabicoff
(*Pro Hac Vice admission pending*)
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**BE Labs, Inc.**

1

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on December 10, 2019, via the Court's CM/ECF system.

<u>/s/ Patrick F. Bright</u>
Patrick F. Bright

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE